IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIPAK RAYAMAJHI, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 1:17-cv-01777-JFM |
| | * | |
| POLO CLUB, LLC, *et al.*, | * | |
| | * | |
| Defendants | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Dipak Rayamajhi and Defendants, Polo Club, LLC and Bhupinder Singh (a/k/a Binda Singh) ("Defendants"), respectfully request that the Court approve a settlement agreement that the parties have reached concerning Plaintiff's lawsuit under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.* and Maryland Wage Hour Law. The Parties seek Court approval of this Agreement because claims under the FLSA, like those released by the Plaintiff in the Confidential Settlement Agreement and General Release that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

\_\_\_\_\_/s/\_\_\_\_(signed with permission)\_\_\_\_
Mark J. Swerdlin (Bar No. 04927)
Shawe & Rosenthal, LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
Telephone: (410) 752-1040
swerdlin@shawe.com
*Counsel for Defendants*

/s/
Howard B. Hoffman (Bar No. 25965)
Howard B. Hoffman, Esq.
600 Jefferson Plaza, Suite 304
Rockville, MD  20852
HHoffman@hoholaw.com
*Counsel for Plaintiff*

September 27, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2017, a copy of the foregoing Joint Motion for Approval of Settlement, along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

*/s/ Howard B. Hoffman*
Howard B. Hoffman, Esq.