

IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Mr. Dipak Rayamajhi | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:17-cv-01777-JFM |
| Polo Club, LLC (T/A Ananda), et al | * | |
| | * | |
| Defendants | | |

## DECLARATION OF HOWARD B. HOFFMAN

1. I, Howard B. Hoffman, Esq., am at least 18 years of age and competent to testify, and I am not a party to, or related to a party, in this action. I serve as counsel to the Plaintiff in the above-referenced matter.

2. I am an attorney in private practice, and I concentrate on employment law. I have extensive experience prosecuting and defending wage and hour cases. I opened my own firm in 2002. From 1999 to 2002, I practiced in two prominent boutique employment law firms representing management clients. I have been practicing law since 1999. I am admitted to the Maryland bar (since 1999), the District of Columbia bar (since 2007), and the Virginia bar (since 2015), as well as the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Court for the District of Maryland, and the U.S. District Court for Eastern District of Virginia.

3. As far as the Settlement Agreement is concerned, Plaintiff's counsel will receive a combined total $5,500.00, to reimburse for expenses and compensate for total time spent (both to date and moving forward).

4. Through today's date (September 27, 2017), I have incurred a minimum of 14.7 hours in this case at $400/hour, for a total value of $5,880.00. In this case, I was entirely responsible for communications with my client and with opposing counsel, investigation of claims, drafting the pleadings, negotiating the settlement, review and revision of the settlement documents (including the Joint Motion).

5. I estimate that I will have an additional 2.5 hours of time subsequent to today's date, monitoring the developments of this case, communicating with my client, communicating with opposing counsel, transmitting payments and dismissing this case (and this assumes no Court hearing). This is my best estimate and it could be more. Notably, I do not just send checks to clients and wash my hands of them. When I close a case, I take time to make sure that the clients, some of whom may be receiving the largest amount of money that they have ever received at one time, receive some basic financial, legal, and tax advice. Post-settlement, I generally encourage my clients to pay all estimated taxes and walk them through the steps for how to do so.

6. Through today's date, itemized and reimbursable listed costs in this case are $925.00, consisting of the filing fee, postage, expert witness fees. Not included in the itemized costs are any costs for computerized legal research (I utilize WESTLAW) and printing. I anticipate that I will incur, upon approval of this settlement, at least $5.95 in additional priority mail (USPS tracking) postage.

7. Therefore, I estimate that my total time in this case, through the date of payment and the dismissal of the litigation, is 17.2 hours. Together with estimated costs through dismissal, the total amount is $7,810.95.

8. By accepting a combined total of $5,500.00 for fees and cost reimbursement, I have

substantially discounted my time as it relates to this settlement.

9. I have maintained time and costs records in this case, which I have placed into "RocketMatter"© software. The time records set forth as Exhibit A to this Declaration are true and correct records of time entries inputted on a daily basis, and are contemporaneous business records held in the ordinary course by my private law practice. The time records reflect actual time expended in the prosecution of this litigation (the "RocketMatter" entries have not been placed into the Court's required lodestar billing format). The time incurred is a reasonable amount, necessarily incurred in order to complete basic objectives in the prosecution of this matter. The time reflects the number of issues that the Defendants raised or could have raised as a defense in this case. To the fullest extent practical, I have specified the time spent per task, and I have avoided the practice of block billing.

10. The hourly rate that I claim, i.e., $400/hour, is well within the range permitted by the U.S. District Court for the District of Maryland (Lodestar Guidelines). Notably, these fees and costs were negotiated separately and secondarily, and only after reaching a tentative resolution as to the Plaintiff's recovery.

11. Before I began my eighteenth year of practice, I received awards of $300.00 an hour, under an old lodestar guideline, in the following cases: <u>Chapman et al. v. Ourisman Chevrolet Co., Inc.</u>, 2011 WL 2651867 (D. Md. 2011) (Williams, J.) (granting $300.00/hour to Hoffman based on review of credentials and declarations of attorneys in the community); <u>Spencer v. Central Services, LLC, et al.</u>, Case No. CCB-10-3469, 2012 WL 142978 (D. Md. Jan. 13, 2012) (Blake, J.) (granting Hoffman $300.00/hour in attorneys' fees, referring to Hoffman's work as "laudable", and granting all time

requested by Hoffman in an FLSA case); Durham v. Jones, WMN 10-2534, 2012 WL 3985224 (D. Md. Sept. 10, 2012) (Nickerson, J.) (granting Hoffman $300.00/hour, and remarking that Hoffman's timesheets "thoroughly account[ed]" for claimed hours). I was most recently awarded an increase to $400/hour in Jackson et al.v. Egira, LLC, et al., RDB 14-3114, 2016 WL 5815850 (D. Md. Oct. 5, 2016).

12. In the course of representing businesses and some individuals, I include and bill to my clients any disbursements representing the same costs incurred in this case (e.g., postage, copies, conference calls, court reporters, experts, etc.).

13. I am an honors graduate of University of Maryland School of Law (May, 1999). I have been a member of the Maryland bar since December 1999 and this Court since January 2000. I have been a Contributing Revisions Editor, Fair Labor Standards Act (BNA/ABA) since 2002. I spoke at a seminar in December 2012 for the Maryland Employment Lawyers Association titled "Bringing Your First FLSA Collective Action: The Guts and Glory Of Overtime Wage Cases." I was selected to speak at a Lorman seminar in June 2013 to discuss principles of law under the FLSA. Most recently, I received the honor of being designated a "SuperLawyer"® in Maryland employment law.

14. As stated, I have extensive experience in prosecuting and defending wage and hour lawsuits, and that makes me rather uniquely qualified to provide this Declaration. Many of the well-known reported decisions in the District of Maryland addressing overtime and minimum wage rights, are cases that I have either prosecuted (represented the employee) or defended (represented the employer). These notable and widely cited decisions include, but are not limited to: Rose v. New Day Financial, et al., 816 F.Supp.2d 245, 2011 WL 4103276 (D. Md. Oct. 5, 2011) (Quarles, J.) (represented employer; motion to

compel class-waiver arbitration granted); Chapman et al. v. Ourisman Chevrolet Co., Inc., 2011 WL 2651867 (D. Md. 2011) (Williams, J.) (representation of employee class in minimum wage dispute; summary judgment for employer denied); Williams et al. v. ezStorage Corp., 2011 WL 1539941 (D. Md. Apr. 21, 2011) (Bennett, J.) (conditional certification of FLSA collective action on behalf of employees); Gionfriddo et al. v. Jason Zink, LLC, et al., 769 F.Supp.2d 880 (D. Md. 2011) (Bennett, J.) (represented employer in FLSA case; granting motion for decertification); Dorsey et al. v. The Greene Turtle Franchising Corp., 2010 WL 3655544 (D. Md. 2010) (Blake, J.) (represented employees; grant of conditional certification of FLSA collective action); Williams et al. v. Long (d/b/a "Charm City Cupcakes"), 585 F.Supp.2d 679 (D. Md. 2008) (Grimm, J.) (represented employees; grant of conditional certification of FLSA collective action (widely cited in District)); Spencer v. Central Services, LLC, et al., Case No. CCB-10-3469, 2012 WL 142978 (D. Md. Jan. 13, 2012) (grant of attorneys' fees and costs in FLSA case); Dorsey et al. v. TGT Consulting, LLC, 888 F.Supp.2d 670, 2012 WL 3629209 (D. Md. Aug. 20, 2012) (Blake, J.) (holding employee's earning statements were insufficient to inform employees of FLSA's tip credit requirements); Saman v. LDBP, Inc., 2012 WL 5463031 (D. Md. Nov. 7, 2012) (Chasanow, J.) (dismissal of supplemental state claim of wrongful discharge in FLSA case). Several of the aforementioned decisions resulted in additional precedent setting decisions in that same case, although they are not cited here.

14. I have not charged (and will not charge) the Plaintiff in this case for any of the costs or fees that have been incurred in this case. No contingency fee is being charged to the Plaintiff.

15. To calculate the Plaintiff's losses, I hired an expert witness, Elana Schulman, CPA/CFE, whose work has been recognized by this Court. See Mould v. NJG Food Services, Inc., et al., JKB 13-1305, 2013 WL 6331286, *17 (D. Md. Dec. 4, 2013) (Bredar, J.) (Observing in an FLSA case, "[t]he Court agrees with the general principle behind Ms. Schulman's calculation."). A true and correct copy of Ms. Schulman's calculations are attached as Exhibit B to this Declaration. Ms. Schulman calculated that the Plaintiff was owed, at least according to his allegations, $19,629.38 in minimum wage and overtime damages, including liquidated damages but excluding attorneys' fees and costs.

16. The Plaintiff in this case is receiving approximately 1.5x his compensatory loss, according to Plaintiff's allegations. The settlement in this case is fair and reasonable, given the dispute over hours. Legal fees and costs were negotiated separately and only after my client agreed to accept a compromised amount.

17. I would request that the Court approve the proposed Settlement Agreement, together with the proposed award of $5,500.00 to counsel.

**DECLARANT FURTHER SAYETH NAUGHT**

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true and correct.

_____
Howard B. Hoffman, Esq.

September 27, 2017



# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752  |  Fax: 301-251-3753

Dipak Rayamajhi

Invoice Date: September 27, 2017
Invoice Number:
Invoice Amount: $6,805.00

## Matter: Ananda Restaurant FLSA Litig.

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/26/2017 | Draft lawsuit. Review and revise. Transmit to client for review. | H.B.H. | 1.20 | $480.00 |
| 6/27/2017 | Review and revise Complaint. (.8 hrs) Prepare civil cover sheet and summons. (.3 hrs). Open case via ECF. (.2 hrs). | H.B.H. | 1.30 | $520.00 |
| 6/28/2017 | Draft comm. to client re status of matter. | H.B.H. | .10 | $40.00 |
| 6/29/2017 | Review Summons stamped by Court. (.1 hrs). Draft Rule 4(d) Request forms for each Defendant. Draft letter to B. Singh; review and revise. Prepare materials and transmit via US priority mail. (1.1 hrs) | H.B.H. | 1.20 | $480.00 |
| 7/6/2017 | Tele conf. with B. Singh. (.2 hrs). Draft lengthy comm. to client; review and revise. | H.B.H. | .50 | $200.00 |
| 7/11/2017 | Tele conf. with client re Singh's claims. | H.B.H. | .90 | $360.00 |
| 7/12/2017 | Draft comm. to E. Schulman re damage calculations. | H.B.H. | .30 | $120.00 |
| 7/17/2017 | Review calculations re Ananda; tele conf. with E. Schulman re same. | H.B.H. | .30 | $120.00 |
| 7/18/2017 | Draft detailed ltr to B. Singh re settlement demand and method of calculating same. Reveiw and revise. Draft comm. to B. Singh re same. | H.B.H. | 1.40 | $560.00 |
| 7/21/2017 | Review comm. from B. Singh. | H.B.H. | .10 | $40.00 |
| 8/10/2017 | Tele conf. with M. Swerdlin re service of process and status. | H.B.H. | .10 | $40.00 |
| 8/15/2017 | Comm. with M. Swerdlin re service of process. | H.B.H. | .10 | $40.00 |
| 8/21/2017 | Review filing of Summons by Court. | H.B.H. | .10 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/22/2017 | Review and respond to comm. from M. Swerdlin re response date. | H.B.H. | .10 | $40.00 |
| 8/27/2017 | Review and respond to comm. from client re status of matter. | H.B.H. | .10 | $40.00 |
| 9/1/2017 | Multi comm. with M. Swerdlin re status of matter. | H.B.H. | .20 | $80.00 |
| 9/1/2017 | Review Motion for Extension of Time. | H.B.H. | .10 | $40.00 |
| 9/5/2017 | Lengthy tele conf. with Swerdlin. (.3 hrs). Review spreadsheets and calculations. Review social media (FB) of Ananda. Draft comm. to client. (.3 hrs). | H.B.H. | .60 | $240.00 |
| 9/7/2017 | Draft comm. to M. Swerdlin re status of matter. | H.B.H. | .30 | $120.00 |
| 9/8/2017 | Review comm. from Swerdlin; respond to same re extension. | H.B.H. | .10 | $40.00 |
| 9/12/2017 | Tele conf. with Dipak re status of matter, negotiations, factual disputes. | H.B.H. | .70 | $280.00 |
| 9/12/2017 | Draft lengthy email to Swerdlin re status of matter (settlement). | H.B.H. | .50 | $200.00 |
| 9/14/2017 | Review letter from Swerdlin re settlement; review chart materials. Forward to client. | H.B.H. | .20 | $80.00 |
| 9/15/2017 | Draft comm. to M. Swerdlin re status of matter. | H.B.H. | .10 | $40.00 |
| 9/19/2017 | Review and revise settlement agreement; forward to M. Swerdlin with comments. | H.B.H. | .80 | $320.00 |
| 9/20/2017 | Review and revise Joint Approval Memorandum. Draft lengthy comm. to opposing counsel re same. | H.B.H. | 1.40 | $560.00 |
| 9/22/2017 | Review and respond to comm. from M. Swerdlin re status of matter. | H.B.H. | .10 | $40.00 |
| 9/25/2017 | Lengthy tele conf. with client re review of settlement agreement and tax forms. | H.B.H. | .70 | $280.00 |
| 9/25/2017 | Transmit signed settlement agreement and tax forms to M. Swerdlin. | H.B.H. | .10 | $40.00 |
| 9/27/2017 | Draft Declaration. Review and revise. Review and revise Jt Motion for Approval. Prepare materials and file via ECF. | H.B.H. | 1.00 | $400.00 |
| SUBTOTAL: | | | 14.70 | $5,880.00 |

**Costs**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 8/1/2017 | Invoice - E. Schulman (expert calcs) | | | $412.50 |
| 6/27/2017 | Filing Fee | | | $400.00 |
| 8/15/2017 | Service of Process | | | $112.50 |
| SUBTOTAL: | | | | $925.00 |

TOTAL $6,805.00

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $6,805.00

**EXHIBIT 2-B** (Blumberg No. 5208)

**Minimum Wage/Overtime Damage Calculations**
**Ananda**
**FOR SETTLEMENT PURPOSES ONLY**

E.Schulman
7/16/17
Dipak Rayamajhi

Source: Plaintiffs Allegations

EXHIBIT i

| Work Week | Rate Paid (Hourly) | Total Hours Worked | Non-OT Hours Worked | Hourly Wages Paid | Obligatory Minimum Wage, per hour | Obligatory Wages Owed for Non-OT Hours | Minimum Wage Owed | OT Hours Worked | Hourly Wages Paid | Obligatory OT Wage, per hour | Obligatory Wages Owed for OT Hours | OT Wage Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/28-9/3/16 | $ 6.30 | 35.50 | 35.50 | $ 223.62 | $ 8.75 | $ 310.63 | $ 87.00 | 0 | $ - | | | $ - |
| 9/4-9/10/16 | $ 6.30 | 70.50 | 40.00 | $ 251.97 | $ 8.75 | $ 350.00 | $ 98.03 | 30.50 | $ 192.13 | $ 13.13 | $ 400.31 | $ 208.19 |
| 9/11-9/17/16 | $ 6.30 | 70.50 | 40.00 | $ 251.97 | $ 8.75 | $ 350.00 | $ 98.03 | 30.50 | $ 192.13 | $ 13.13 | $ 400.31 | $ 208.19 |
| 9/18-9/24/16 | $ 6.30 | 70.50 | 40.00 | $ 251.97 | $ 8.75 | $ 350.00 | $ 98.03 | 30.50 | $ 192.13 | $ 13.13 | $ 400.31 | $ 208.19 |
| 9/25-10/1/16 | $ 6.30 | 70.50 | 40.00 | $ 251.97 | $ 8.75 | $ 350.00 | $ 98.03 | 30.50 | $ 192.13 | $ 13.13 | $ 400.31 | $ 208.19 |
| 10/2-10/8/16 | $ 5.67 | 70.50 | 40.00 | $ 226.95 | $ 8.75 | $ 350.00 | $ 123.05 | 30.50 | $ 173.05 | $ 13.13 | $ 400.31 | $ 227.26 |
| 10/9-10/15/16 | $ 5.67 | 70.50 | 40.00 | $ 226.95 | $ 8.75 | $ 350.00 | $ 123.05 | 30.50 | $ 173.05 | $ 13.13 | $ 400.31 | $ 227.26 |
| 10/16-10/22/16 | $ 5.67 | 70.50 | 40.00 | $ 226.95 | $ 8.75 | $ 350.00 | $ 123.05 | 30.50 | $ 173.05 | $ 13.13 | $ 400.31 | $ 227.26 |
| 10/23-10/29/16 | $ 5.67 | 70.50 | 40.00 | $ 226.95 | $ 8.75 | $ 350.00 | $ 123.05 | 30.50 | $ 173.05 | $ 13.13 | $ 400.31 | $ 227.26 |
| 10/30-11/5/16 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 11/6-11/12/16 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 11/13-11/19/16 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 11/20-11/26/16 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 11/27-12/3/16 | $ 5.11 | 70.50 | 40.00 | $ 204.26 | $ 8.75 | $ 350.00 | $ 145.74 | 30.50 | $ 155.74 | $ 13.13 | $ 400.31 | $ 244.57 |
| 12/4-12/10/16 | $ 5.11 | 70.50 | 40.00 | $ 204.26 | $ 8.75 | $ 350.00 | $ 145.74 | 30.50 | $ 155.74 | $ 13.13 | $ 400.31 | $ 244.57 |
| 12/11-12/17/16 | $ 5.11 | 70.50 | 40.00 | $ 204.26 | $ 8.75 | $ 350.00 | $ 145.74 | 30.50 | $ 155.74 | $ 13.13 | $ 400.31 | $ 244.57 |
| 12/18-12/24/16 | $ 5.11 | 70.50 | 40.00 | $ 204.26 | $ 8.75 | $ 350.00 | $ 145.74 | 30.50 | $ 155.74 | $ 13.13 | $ 400.31 | $ 244.57 |
| 12/25-12/31/16 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 1/1-1/7/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 1/8-1/14/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 1/15-1/21/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 1/22-1/28/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 1/29-2/4/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 2/5-2/11/17 | $ 7.09 | 0.00 | 0.00 | $ - | $ 8.75 | $ - | $ - | 0.00 | $ - | $ 13.13 | $ - | $ - |
| 2/12-2/18/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 2/19-2/25/17 | $ 7.09 | 70.50 | 40.00 | $ 283.69 | $ 8.75 | $ 350.00 | $ 66.31 | 30.50 | $ 216.31 | $ 13.13 | $ 400.31 | $ 184.00 |
| 2/26-3/4/17 | $ 5.58 | 70.50 | 40.00 | $ 223.27 | $ 8.75 | $ 350.00 | $ 126.73 | 30.50 | $ 170.24 | $ 13.13 | $ 400.31 | $ 230.07 |
| 3/5-3/11/17 | $ 5.58 | 36.00 | 36.00 | $ 200.94 | $ 8.75 | $ 315.00 | $ 114.06 | 0.00 | $ - | $ 13.13 | $ - | $ - |
| 3/12-3/18/17 | $ 5.58 | 70.50 | 40.00 | $ 223.27 | $ 8.75 | $ 350.00 | $ 126.73 | 30.50 | $ 170.24 | $ 13.13 | $ 400.31 | $ 230.07 |
| 3/19-3/25/17 | $ 5.58 | 70.50 | 40.00 | $ 223.27 | $ 8.75 | $ 350.00 | $ 126.73 | 30.50 | $ 170.24 | $ 13.13 | $ 400.31 | $ 230.07 |
| 3/26-4/1/17 | $ 5.58 | 70.50 | 40.00 | $ 223.27 | $ 8.75 | $ 350.00 | $ 126.73 | 30.50 | $ 170.24 | $ 13.13 | $ 400.31 | $ 230.07 |
| 4/2-4/8/17 | $ - | 70.50 | 40.00 | $ - | $ 8.75 | $ 350.00 | $ 350.00 | 30.50 | $ - | $ 13.13 | $ 400.31 | $ 400.31 |
| 4/9-4/15/17 | $ - | 12.00 | 12.00 | $ - | $ 8.75 | $ 105.00 | $ 105.00 | 0.00 | $ - | $ 13.13 | $ - | $ - |

1

E.Schulman
7/16/17
Dipak Rayamajhi

**Minimum Wage/Overtime Damage Calculations**
Ananda
FOR SETTLEMENT PURPOSES ONLY

Source: Plaintiffs Allegations

EXHIBIT I

| Work Week | Rate Paid (Hourly) | Total Hours Worked | Non-OT Hours Worked | Hourly Wages Paid | Obligatory Minimum Wage, per hour | Obligatory Wages Owed for Non-OT Hours | Minimum Wage Owed | OT Hours Worked | Hourly Wages Paid | Obligatory OT Wage, per hour | Obligatory Wages Owed for OT Hours | OT Wage Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | $ 7,375.17 | | $ 10,880.63 | $ 3,505.46 | | $ 5,299.83 | | $ 11,609.06 | $ 6,309.23 |

|  | Minimum Wage Damages | Overtime Damages | Total |
|---|---|---|---|
| Straight | $ 3,505.46 | $ 6,309.23 | $ 9,814.69 |
| 2X | $ 7,010.92 | $ 12,618.46 | $ 19,629.38 |
| 3X | $ 10,516.38 | $ 18,927.69 | $ 29,444.06 |

2

Dipak Rayamajhi

$8.75 MW

| Sep-16 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date |  |  |  |  | 1 | 2 | 3 | 35.5 |  |
| Hours |  |  |  |  | 11.5 | 12 | 12 |  |  |
| Date | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| | | | | | | | Grand total Month | 317.5 | 122 |
| | | | | | | | Hourly Rate | $ 6.30 | |
| | | | | | | | Total Earnings for hours worked | $ 2,000.00 | |

3

Dipak Rayamajhi

| Oct-16 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date |  |  |  |  |  |  | 1 | 0 |  |
| Hours |  |  |  |  |  |  |  |  |  |
| Date | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 70.5 | 30.5 |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 |  |  |
| Date | 30 | 31 |  |  |  |  |  | 0 |  |
| Hours |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | Grand total Month | 282 | 122 |
|  |  |  |  |  |  |  | Hourly Rate | $ 5.67 |  |
|  |  |  |  |  |  |  | Total Earnings for hours worked | $ 1,600.00 |  |

4

Dipak Rayamajhi

| Nov-16 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date | 30 | 31 | 1 | 2 | 3 | 4 | 5 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| | | | | | | | Grand total Month | 282 | 122 |
| | | | | | | | Hourly Rate | $ 7.09 | |
| | | | | | | | Total Earnings for hours worked | $ 2,000.00 | |

5

Dipak Rayamajhi

| Dec-16 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date | 27 | 28 | 29 | 30 | 1 | 2 | 3 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 18 | 19 | 20 | 21 | 22 | 23 | 24 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |

Grand total Month: 352.5   152.5
Hourly Rate: $ 5.11
Total Earnings for hours worked: $ 1,800.00

Dipak
Rayamajhi

| January 2017 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| | | | | | | | Grand total Month | 282 | 122 |
| | | | | | | | Hourly Rate | $ 7.09 | |
| | | | | | | | Total Earnings for hours worked | $ 2,000.00 | |

7

Dipak Rayamajhi

| Feb-17 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date | 29 | 30 | 31 | 1 | 2 | 3 | 4 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | |
| Date | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | |
| Hours | | | | | | | | 0 | 0 |
| Date | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 19 | 20 | 21 | 22 | 23 | 24 | 25 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| | | | | | | Grand total Month | | 211.5 | 61 |
| | | | | | | Hourly Rate | | $ 7.09 | |
| | | | | | Total Earnings for hours worked | | | $ 1,500.00 | |

Dipak Rayamajhi

| Mar-17 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date |  | 26 | 27 | 28 | 1 | 2 | 3 | 4 |  |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date |  | 5 | 6 | 7 | 8 | 9 | 10 | 11 |  |
| Hours | 12 |  |  |  |  |  | 12 | 12 | 36 | 0 |
| Date |  | 12 | 13 | 14 | 15 | 16 | 17 | 18 |  |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date |  | 19 | 20 | 21 | 22 | 23 | 24 | 25 |  |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Notes |  |  |  |  |  |  |  |  |  |
| Date |  | 26 | 27 | 28 | 29 | 30 | 31 | 1 |  |
| Hours | 12 |  | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
|  |  |  |  |  |  | Grand total Month | | 318 | 122 |
|  |  |  |  |  |  | Hourly Rate | | $ 5.58 | |
|  |  |  |  |  | Total Earnings for hours worked | | $ 1,775.00 | |

9

Dipak Rayamajhi

| Apr-17 | Sunday | Monday | Tues | Weds | Thurs | Fri | Sat | Total Hours/Week | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Date | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
| Hours | 12 | | 11.5 | 11.5 | 11.5 | 12 | 12 | 70.5 | 30.5 |
| Date | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | |
| Hours | 12 | | | | | | | 12 | 0 |
| Date | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | |
| Hours | | | | | | | | 0 | 0 |
| Date | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | |
| Hours | | | | | | | | 0 | 0 |
| Date | 30 | | | | | | | | |
| Hours | | | | | | | | 0 | |

Grand total Month: 82.5   30.5
Hourly Rate: 0
Total Earnings for hours worked: $ -

10