IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIPAK RAYAMAJHI, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:17-cv-01777-JFM |
| POLO CLUB, LLC, *et al.*, | * | |
| Defendants | * | |

### ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Judicial Approval of Settlement filed by Plaintiff Dipak Rayamajhi (hereinafter referred to as "Plaintiff") and Defendants, Polo Club, LLC and Bhupinder Singh (a/k/a Binda Singh) ("Defendants"), the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendants based on the following findings:

1. The Parties have provided the Court with sufficient information for the Court to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 1949047 at * 3 (D.Md. 2013).

2. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorney's fees to be paid under the settlement agreement are separately stated and Counsel have provided sufficient information to permit the Court to conclude that the fees represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bear a reasonable relationship to the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and this case is DISMISSED WITH PREJUDICE.

_____
The Honorable J. Frederick Motz
United States District Judge

#593935